



U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Medical Center*
*P.O. Box 1600*
*Butner, NC 27509*

RECEIVED DEC 23 2019
Gregory K. Frizzell Judge
U.S. DISTRICT COURT

December 10, 2019

Honorable Gregory K. Frizzell
United States District Court Judge
Northern District of Oklahoma
333 West Fourth St., Room 411
Tulsa, OK 74103

GKF 12/23/19

Please file in Case # 06-cr-208

FILED
DEC 23 2019
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

RE:  Finney, Jeffrey Dean
     Reg. No.: 27943-048
     Docket No.: 06-CR-208-001-GKF

Dear Judge Frizzel:

This letter is to advise you Mr. Jeffrey Dean Finney, who was sentenced in your court on August 7, 2008, died at approximately 8:45 a.m. on December 6, 2019. The cause of death was determined to be Multiple Myloma with Metastisis.

Mr. Finney was serving a 262-month sentence for Robbery and Felon in Possession of a Firearm and Ammunition. He had a projected release date of June 12, 2027, via Good Conduct Time Release.

If I can provide any additional information or be of further assistance, please do not hesitate to contact me.

Sincerely,

T. Scarantino
Complex Warden

✓ Mail    ___ No Cert Svc    ___ No Orig Sign
___ C/J    ___ C/MJ    ___ C/Ret'd    ___ No Env
___ No Cpys    ✓ No Env/Cpys    ___ O/J    ___ O/MJ

Page Two
FINNEY, Jeffrey Dean
Reg. No. 27943-048

cc:

R. Trent Shores, USA
US Attorney's Office
Northern District of Oklahoma
110 W. 7th Street
Tulsa, OK 74119

Todd Gollihare, Chief
United States Probation Office
Northern District of Oklahoma
333 West Fourth Street, Suite 3820
Tulsa, OK 74103

D.J. Harmon
Mid-Atlantic Regional Director
Junction Business Park
Federal Bureau of Prisons
302 Sentinel Drive, Suite 200
Annapolis Junction, MD 20701